UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS-6

| Case No. | CV 14-9323 DSF (AGRx) | Date | 12/29/14 |
|---|---|---|---|
| Title | Great American Ins. Co., et al. v. Northrop Grumann Sys. Corp., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order Remanding Case


    Pursuant to the stipulation of the parties, the case is REMANDED to the Superior Court of California, County of Los Angeles.

    IT IS SO ORDERED.